**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

LaBrandy Michaela Vereen, James Junior Douglas, and John Doe, Defendants,

Of whom LaBrandy Michaela Vereen is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2025-001818

––––––––––––––

Appeal From Horry County
Jan B. Bromell Holmes, Family Court Judge

––––––––––––––

Unpublished Opinion No. 2026-UP-079
Submitted February 4, 2026 – Filed February 18, 2026

––––––––––––––

**AFFIRMED**

––––––––––––––

Melinda Inman Butler, of The Butler Law Firm, of Union, and LaBrandy Michaela Vereen, of Longs, pro se, both for Appellant.

Kelly Ann Sansone-Galley, of the South Carolina Department of Social Services, of Myrtle Beach, for Respondent.

Michael Julius Schwartz, of Russell B. Long, PA, of Myrtle Beach, for the Guardian ad Litem.

---

**PER CURIAM:** LaBrandy Michaela Vereen appeals the family court's final order terminating her parental rights to her minor children. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2025). Upon a thorough review of the record, Vereen's pro se response, and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Vereen's counsel.

**AFFIRMED.**[1]

**WILLIAMS, C.J., and KONDUROS and VINSON, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.